**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**FOR THE DISTRICT OF MARYLAND**

IN RE:  MONICA YOUNG                                    Case No. 09-19834

        Debtor                                    Chapter 13

\*     \*     \*     \*     \*     \*     \*
LEONARD W. YOUNG
and
PATRICE WALLER YOUNG
    Plaintiffs
                                                       Adversary No. 08-752
v.

MONICA YOUNG

    Defendant

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*
**OFFER OF JUDGMENT TO DECLATORY JUDGMENT**


COMES NOW Monica Young, debtor herein, through her attorney, Andrew G.

Wilson, II, and, pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby

offers judgment to the Declaratory Judgment matter pending herein and hereby

consents to an order that the claim of plaintiff was not discharged in Debtor's chapter 7

bankruptcy because Leonard Young was not on notice.

                         Respectfully submitted,


                         /s/ Andrew G. Wilson, II
                         Andrew G. Wilson, II, #22259
                         275 West Street, Suite 216
                         Annapolis, Maryland 21401
                         Attorney for Plaintiffs/Debtors
                         410-626-6111
                         Andywilsonlaw@aol.com


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the pleading above referenced to be sent on this date, by first class U.S. mail, postage prepaid to the following parties:

Leonard and Patrice Waller Young
4327 Lake Forrest Court
Finksburg, MD  21048

Dated:  April 2, 2010                                      /s/ Andrew G. Wilson, II
                                                                     Andrew G. Wilson, II